**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Michele Rubin,

                Plaintiff,　　　　　　　22 **CIVIL** 4697 (PED)

    -v-　　　　　　　　　　　　　　　　　**JUDGMENT**

Kilolo Kijakazi, Acting Commissioner of the
Social Security Administration,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated February 15, 2023, Plaintiff's motion for judgment on the pleadings is DENIED and the Acting Commissioner's cross-motion for judgment on the pleadings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
　　　　　February 15, 2023

                                            **RUBY J. KRAJICK**

                                            _____
                                            **Clerk of Court**

                          **BY:**　　　*K. Mango*
                                            _____
                                            **Deputy Clerk**