UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

Michelle Rubin,

                  Plaintiff,

        -against-

Kilolo Kijakazi,

Acting Commissioner of Social Security,

                  Defendant.
------------------------------------------------------------------X

22-cv-04697-VR

**OPINION & ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The judgment entered in this matter is vacated. The Clerk of Court is directed to enter a new judgment remanding this case to the Acting Commissioner for further proceedings—specifically, to perform a "fuller consideration of the existing evidence and the results of a consultative examination"—as set forth in the Mandate of the United States Court of Appeals for the Second Circuit filed in this case on December 26, 2024 (ECF No. 26), pursuant to an opinion issued September 23, 2024. (ECF No. 26-1)

      SO ORDERED.

DATED:    White Plains, New York
                January 21, 2025

                                            _____
                                            VICTORIA REZNIK
                                            United States Magistrate Judge