**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MICHELLE RUBIN,

                Plaintiff,                22 **CIVIL** 4697 (VR)

     -v-                               **<u>JUDGMENT</u>**

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 21, 2025, the judgment entered in this matter is vacated. A new Judgment is entered and this case is remanded to the Acting Commissioner for further proceedings-specifically, to perform a "fuller consideration of the existing evidence and the results of a consultative examination"-as set forth in the Mandate of the United States Court of Appeals for the Second Circuit filed in this case on December 26, 2024 (ECF No. 26), pursuant to an opinion issued September 23, 2024. (ECF No. 26-1).

**Dated:** New York, New York

       January 21, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                           **BY:**
                                                        _____
                                                              **Deputy Clerk**